1 So.2d 313

**Leonard CAREY v. STATE.**

**6 Div. 835.**

Supreme Court of Alabama.
March 27, 1941.

John A. Posey, of Haleyville, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Leonard Carey for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Carey v. State, 1 So.2d 312.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.